*Nonsuit.*

### EMERSON W. GOULD *vs.* CLARISSA GOULD.

Under the Rev. Sts. *c.* 76, § 12, a libel for a divorce, filed by a libellant of sound mind, &c., cannot be sustained, if it be signed by his attorney, although the attorney was specially empowered by him to sign it.

LIBEL for a divorce, signed "E. W. Gould, by his attorney, D. Brigham." The libellant resided in Missouri, and had executed a letter of attorney to Brigham, containing a special authority to prosecute for a divorce, and to sign the libel. By the Rev. Sts. *c.* 76, § 12, it is provided that every such libel "shall be signed by the libellant, if of sound mind, and of the age of legal consent to a marriage."

THE COURT held that this provision, taken in connexion with former decisions and practice, was too explicit to admit of doubt that the libel must be signed personally by the libellant. See *Willard* v. *Willard,* 4 Mass. 506 *Winslow* v. *Winslow,* 7 Mass. 96.